28 U.S.C. § 2241 petition and denial of his motion for reconsideration. We conclude that the dismissal of the section 2241 petition was proper for the reasons explained by the district court, *see United States v. Lurie*, 207 F.3d 1075, 1076 (8th Cir.2000) (de novo standard of review for § 2241 petition), and that the district court did not abuse its discretion in denying the motion for reconsideration, *see Davidson & Schaaff, Inc. v. Liberty Nat. Fire Ins. Co.*, 69 F.3d 868, 871 (8th Cir.1995) (abuse-of-discretion standard of review for reconsideration motion).

Accordingly, we deny Antonelli's motions on appeal, and we affirm the district court's judgment. *See* 8th Cir. R. 47B.

William Larry Malott, Newport, AR, pro se.

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

PER CURIAM.

Arkansas inmate William Malott appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. After a de novo review, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we conclude dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**William Larry MALOTT, Appellant,**

v.

**Jim BISHOP, Sheriff, Jackson County; Charles Vaughn, Jail Administrator, Jackson County, Appellees.**

No. 06–1451.

United States Court of Appeals, Eighth Circuit.

Submitted: April 4, 2007.

Filed: April 10, 2007.

**Daniel R. BAIRD, Appellant,**

v.

**BURLINGTON NORTHERN SANTA FE RAILROAD, Appellee.**

No. 06–1281.

United States Court of Appeals, Eighth Circuit.

Submitted: April 6, 2007.

Filed: April 10, 2007.

Daniel R. Baird, Dilworth, MN, pro se.

Diane Patricia Gerth, Rodney A. Honkanen, Spence & Ricke, St. Paul, MN, David

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John J. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.